# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jarita Hicks,<br><br>Plaintiff(s),<br><br>v.<br><br>Evergreen Living & Rehab Center, LLC,<br><br>Defendant(s). | Case No. 1:20-cv-04032<br>Judge Andrea R. Wood |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

      which ☐ includes         pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: In favor of Defendant Evergreen Living & Rehab Center, LLC and against Plaintiff Jarita Hicks.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Andrea Wood on a motion to dismiss.

Date: 9/2/2021                          Thomas G. Bruton, Clerk of Court

                                                              David Lynn , Deputy Clerk